IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WES HALTERS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: 3:10-cv-00841 |
| DELL, INC. & DELL MARKETING USA, L.P., | § § § § | |
| Defendant. | § § | |

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

On this date came on to be considered in the above-styled and numbered cause, and it appearing to the Court that the parties have filed a Joint Stipulation of Dismissal with Prejudice and have agreed to entry of this Judgment, judgment is hereby entered that the above-styled and numbered cause be and it is hereby DISMISSED WITH PREJUDICE with Plaintiff to be solely responsible for all of his own attorney's fees and all of his costs, and Defendant to be solely responsible for its own attorney's fees and costs.

SIGNED and ENTERED this 49vj "f c{ "qh"Lwn{."42330

_____
JUDGE MGXKP"J0UJCTR

Approved as to form:


BASS, BERRY & SIMS PLC

By: /s/ Robert W. Horton
    Robert W. Horton (TN BPR #017417)
    L. Lymari Cromwell (TN BPR #027405)
    150 Third Avenue, South - Suite 2800
    Nashville, Tennessee 37201
    Telephone : 615.742.6200
    Facsimile: 615.742.2799
    rhorton@bassberry.com
    *Attorneys for Defendants*

WALWYN & WALWYN

By: /s/ Marc A. Walwyn
    Marc A. Walwyn (BPR# 022431)
    1994 Gallatin Pike, North – Suite 305
    Madison, Tennessee 37115
    Telephone : 615.859.8668
    Facsimile: 615.855.2450
    marc@walwynlaw.com
    *Attorneys for Plaintiff*

9490322.1